ORIGINAL

RECEIVED & FILED
APR 9 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Metrica, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Edward J. Tolchin

Firm Name: Fettmann, Tolchin & Majors, P.C.

04-636C

Post Office Box:

Street Address: 10509 Judicial Drive, Suite 300

City-State-Zip: Fairfax, VA 22030

Telephone & Facsimile Numbers: 703-385-9500 (o); 703-385-9893 (fax)

E-mail address: e-tolchin@ftm-pc.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 250,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003