IN THE UNITED STATES COURT OF FEDERAL CLAIMS

METRICA, INC.,
Plaintiff,
v.
THE UNITED STATES,
Defendant.

No. 04-636C
(Judge Block)

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 30 days, to and including July 8, 2004, the time within which it must file its response to the complaint. Defendant's response is presently due on June 8, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

Government counsel has yet to receive a litigation report from the agency involved in the events that led to this litigation. Government counsel has no personal knowledge of the matters addressed in the complaint and cannot prepare the Government's answer without input from the agency. The agency is preparing a litigation report and expects to deliver the litigation report to the Government's attorney of record on or about June 25, 2004.[1] The time

[1] The Army attorney who was preparing the litigation report left the Army before he could complete this report. As a result, the Army has had to re-assign this task to another attorney. This has delayed completion of the litigation report.

requested is necessary, therefore, for Government counsel to review the litigation report; prepare a response to the complaint; and obtain agency and supervisory review.

The additional time requested is also necessary because, during the next month, Government counsel will be required to devote substantial amounts of time to other matters pending before this Court and the court of appeals. These other matters include: preparing a joint status report in Alderice v. United States, No. 03-722C (Fed. Cl.), which is due on June 18, 2004; preparing the Government's brief in Hauck v. Principi, No. 04-7067 (Fed. Cir.), which is due, after one 30-day enlargement, on June 24, 2004; preparing the Government's brief in McGruder v. United States, No. 03-441C (Fed. Cl.), which is due, after one 28-day enlargement, on June 29, 2004; preparing a joint stipulation for the conduct of overseas depositions in Monarch Assurance, P.L.C. v. United States, No. 94-518C (Fed. Cl.), which will be due on July 1, 2004, if the Court accepts the joint schedule proposed in the Government's recent status report; representing the Government in settlement discussions in Nicon, Inc. v. United States, No. 99-982C (Fed. Cl.), which will be required to be completed by June 21, 2004, if the Court grants our pending motion for enlargement; and representing the Government in

settlement discussions in DynCorp Information Systems, LLC v. United States, No. 01-16C (Fed. Cl.), a complex cost-accounting case involving a contractor claim for $26 million and a Government claim for $11 million. In addition, on May 26, 2004, Triton Marine Construction, Inc. v. United States, No. 03-1558C (Fed. Cl.), was transferred to Government counsel because the Government's previous attorney of record in that case left the Department of Justice. Government counsel has been required to devote a substantial amount of time to Triton, to review the file and learn the case upon an expedited basis, and expects that this effort will continue for the foreseeable future.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

LTC CHARLES HAYES
MAJ ANISSA N. PAREKH
U.S. Army Legal Services Agency

June 8, 2004

NOTICE OF FILING

I hereby certify that on June 8, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus