IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-636C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A DISCOVERY ORDER
AND MOTION FOR EXPEDITED CONSIDERATION

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter a discovery order that governs inadvertent disclosure of privileged documents. Plaintiff's counsel has reviewed the proposed discovery order and does not oppose this motion.

Plaintiff has served document requests upon the Government that require the Government to produce large quantities of documents that may be privileged. It is not feasible to review all of these documents for privilege prior to their production. The attached discovery order will protect the privileged status of any privileged document that is inadvertently produced.

Defendant requests expedited consideration of this motion because it cannot complete responding to plaintiff's document requests until the discovery order is in place, and the fact discovery deadline in this case is March 31, 2005.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed discovery order as soon as possible.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

MAJ ANISSA N. PAREKH
U.S. Army Legal Services Agency

March 7, 2005

NOTICE OF FILING

I hereby certify that on March 7, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A DISCOVERY ORDER AND MOTION FOR EXPEDITED CONSIDERATION" and attached draft "DISCOVERY ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus