IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRICA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-636C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER AND MOTION FOR EXPEDITED CONSIDERATION

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter a Protective Order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the attached proposed Protective Order. Plaintiff's counsel has reviewed the proposed protective order and does not oppose this motion.

Plaintiff has served document requests upon the Government that require the Government to produce documents that contain procurement sensitive information. A protective order is necessary to maintain the confidentiality of the information contained in these documents.

Defendant requests expedited consideration of this motion because it cannot complete responding to plaintiff's document requests until the protective order is in place, and the fact discovery deadline in this case is March 31, 2005.

The proposed protective order conforms to the standard protective order that appears as Form 8 in the Rules of the United States Court of Federal Claims (May 1, 2002), with one exception. The proposed protective order allows the party producing protected material to produce the documents in electronic form on a compact disk, and mark the outside of the compact disk with a notice that it contains protected material, rather than marking each electronic document on the compact disk. This approach will facilitate prompt and efficient production of the documents at issue, because there are many electronic mail messages that are responsive to plaintiff's document requests and that may contain protected material.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed Protective Order as soon as possible.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

MAJ ANISSA N. PAREKH
U.S. Army Legal Services Agency

March 7, 2005

NOTICE OF FILING

I hereby certify that on March 7, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER AND MOTION FOR EXPEDITED CONSIDERATION" and attached draft "PROTECTIVE ORDER" with "ATTACHMENT A" and "ATTACHMENT B" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus