# United States Court of Federal Claims

March 10, 2005

No. 04-636 C

METRICA, INC.,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER DENYING MOTION FOR A PROTECTIVE ORDER**

Before the court is defendant's motion filed on March 7, 2005 for a protective order, to which plaintiff is not opposed. However, defendant has failed to provide even *some* description of the information that is to be protected, or the reasons the court should issue the protective order. While the mutual assent of the parties is certainly a factor for the court to weigh in deciding whether or not a protective order should issue, it is not the paramount factor.

In consideration of all of the above, defendant's motion is DENIED, with the leave of the court to expeditiously refile the motion with the above consideration in mind.

s/*Lawrence J. Block*
Lawrence J. Block
Judge