IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-636C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Defendant respectfully requests the Court to amend the current scheduling order, as follows. Defendant requests the Court to enlarge by 30 days, to and including September 30, 2005, the date by which defendant must file its dispositive motion. That motion is presently due by August 31, 2005, the Court having granted the parties' joint motion to amend the scheduling order. This is the defendant's first request for an enlargement of time for this purpose.

The parties are presently engaged in settlement negotiations. Counsel discussed the issues in this case on August 11, 2005, and again on August 30, 2005,[1] and are in the process of investigating and analyzing various issues that were raised in these discussions. Government counsel anticipates that the parties will engage in additional discussions in the near future, and these discussions may lead to the settlement of this case.

---

[1] Government counsel was on previously-scheduled annual leave August 19-27, 2005.

The time requested is necessary, therefore, for the parties to engage in settlement negotiations and, if the negotiations are unsuccessful, for the Government to prepare its dispositive motion.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion to amend the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

MAJ ANISSA N. PAREKH
U.S. Army Legal Services Agency

August 30, 2005

NOTICE OF FILING

I hereby certify that on August 30, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus