IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-636C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Defendant respectfully requests the Court to amend the current scheduling order, as follows. Defendant requests the Court to enlarge by 28 days, to and including October 28, 2005, the date by which defendant must file its dispositive motion. That motion is presently due by September 30, 2005, the Court having granted the parties' joint motion to amend the scheduling order and defendant's previous unopposed motion to amend the scheduling order. This is the defendant's second request for an enlargement of time for this purpose.

As reported in the Government's previous motion, the parties are engaged in settlement discussions. The parties have made material progress, but have not yet completed this process. The time requested is necessary, therefore, for the parties to engage in settlement negotiations and, if the negotiations are unsuccessful, for the Government to prepare its dispositive motion. In addition, Government counsel was out of the office for much of the weeks of September 12 and 19, 2005, because his wife had surgery on September 12, 2005, and Government counsel

will be out of the office on travel September 27-30, 2005.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion to amend the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

MAJ ANISSA N. PAREKH
U.S. Army Legal Services Agency

September 26, 2005

NOTICE OF FILING

I hereby certify that on September 26, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus