IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-636C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Defendant respectfully requests the Court to amend the current scheduling order, as follows. Defendant requests the Court to enlarge by 28 days, to and including January 13, 2006, the date by which defendant must file its dispositive motion. That motion is presently due by December 16, 2005, the Court having granted the parties' joint motion to amend the scheduling order and defendant's previous three unopposed motions to amend the scheduling order. This is the defendant's fourth request for an enlargement of time for this purpose.

As reported in the Government's previous motion, the parties are engaging in settlement discussions. The parties have made material progress, but have not yet completed this process. The time requested is necessary, therefore, for the parties to continue to engage in settlement negotiations and, if the negotiations are unsuccessful, for the Government to prepare its dispositive motion.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion to amend the

scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

December 16, 2005

NOTICE OF FILING

I hereby certify that on December 16, 2005, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus