# In the United States Court of Federal Claims

**No. 04-636 C**

**METRICA, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed March 13, 2006, and the court's Order that same date directing the clerk to enter judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $20,000.00, inclusive of any attorney fees, expenses, and costs.

IT IS FURTHER ORDERED AND ADJUDGED that the termination for cause, effective March 4, 2004, of Contract No. DAMD17-03-F-0743, shall be converted to a termination for convenience.

Brian Bishop
Clerk of Court

**March 15, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.