United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

March 20, 2006

Edward Jay Tolchin, Esq.
Fettman, Tolchin & Majors, PC
10509 Judicial Drive, Suite 300
Fairfax, VA 22030

In re: Metrica, Inc. v. United States, No. 04-636 C

Dear Mr. Tolchin:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated March 15, 2006, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Thomas David Dinackus, Esq.